In the Matter of the Judicial Settlement of the Account of FRED H. KIMBALL, as Administrator, etc., of JENNIE PIERCE, Deceased.

Surrogate's Court, Lewis County, July 11, 1927.

**Descent and distribution — nephews and nieces and child of nephew share equally under Decedent Estate Law, §§ 86, 87, 98.**

The twelve nephews and nieces and the one son of a deceased nephew, the sole heirs at law and next of kin of the intestate, share equally in the real and personal property of the intestate under sections 86, 87 and 98 of the Decedent Estate Law.

PROCEEDING for settlement of account of administrator.

*Kilby, Norris & Smith,* for the administrator.

*J. F. LaRue,* for Stephen Humes and others.

CARTER, S. Jennie Pierce died intestate January 25, 1926, owning both real and personal property. She had two brothers and two sisters who predeceased her. One of said brothers left five children and one grandchild, the only son of a deceased son. The other brother left three children and the two sisters each left two children. The twelve children and the grandchild above mentioned are nephews and nieces and grandnephew of said Jennie Pierce and are her only heirs at law and next of kin.

Held, that said nephews and nieces and grandnephew each take a one-thirteenth share or interest in the real and personal property of the said Jennie Pierce. (Decedent Estate Law, §§ 86, 87, 98, subds. 5, 10, 11; Remsen Intestate Succession, 62, § 3; Id. 67, § 5; Eager Intestate Succession, 92, 93; *Matter of Rowe,* 103 Misc. 111, 115; *Matter of Ebbets,* 43 id. 575; *Adams* v. *Smith,* 20 Abb. N. C. 60; *Pond* v. *Bergh,* 10 Paige, 140, 148; *Matter of Healy,* 29 Civ. Pro. 388.)

Decree to be entered accordingly.